UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EUGENE WALTER GEORGE RANTANEN,

    Defendant.
_____/

Case No. 2:14-cr-33

HON. R. ALLAN EDGAR

## ORDER OF DETENTION

Defendant appeared before the undersigned on August 26, 2014, for arraignment on an indictment alleging Assault by Strangulation.  The government requested detention, supported by a recommendation from pretrial services.  Counsel for defendant advised that the defendant was currently being detained in 2:08-cr-50, *USA v Eugene Walter George Rantanen,* a related case pending before the court, and that a request for a detention hearing would be made in both cases at a later date.  Accordingly, IT IS HEREBY ORDERED that the defendant shall be detained pending further proceedings.

    IT IS SO ORDERED.


Date:  August 28, 2014                                                  /s/ Timothy P. Greeley
                                                                                       TIMOTHY P. GREELEY
                                                                                       United States Magistrate Judge